UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>-against-<br><br>ANY AND ALL FUNDS ON DEPOSIT IN HUDSON VALLEY BANK, NA ACCOUNT NUMBER 1200200301 HELD IN THE NAME OF KCP WINES & LIQUOR CORP., UP TO AND INCLUDING ONE HUNDRED FORTY THOUSAND TWO HUNDRED THIRTY-SIX DOLLARS AND TWO CENTS ($140,236.02), AND ALL PROCEEDS TRACEABLE THERETO, AND<br><br>ANY AND ALL FUNDS ON DEPOSIT IN RBS CITIZENS BANK, NA ACCOUNT NUMBER 4010165994 HELD IN THE NAME OF KCP WINES & LIQUOR CORP., D/B/A COLONIAL LIQUORS, UP TO AND INCLUDING ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00), AND ALL PROCEEDS TRACEABLE THERETO,<br><br>        Defendants In Rem. | Civil Action No. 11-02849 (ENV)<br><br>VERIFIED CLAIM |

**VERIFIED CLAIM OF JIN SOON KWON PURSUANT TO RULE G(5) OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS**

Pursuant to Supplemental Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims (the "Supplemental Rules") Jin Soon Kwon asserts her interest in and right to accounts at RBS Citizens Bank, NA and Hudson Valley Bank, NA, and all funds seized from such accounts and named in the Government's Complaint. Jin Soon Kwon claims the right to defend in this action. In support of her assertion and claim, Jin Soon

Kwon states that:

1. The Claimant is Jin Soon Kwon.

2. Jin Soon Kwon is a principal of KCP Wines and Liquors Corp., d/b/a Colonial Liquors, located at 416 East Sanford Boulevard, Mt. Vernon, New York.

3. Jin Soon Kwon is a legal owner of the funds in the following bank accounts seized by the Government:

   a. All funds held in account # XXXXXX0301 at Hudson Valley Bank, NA, Mount Vernon, New York ("ID Bank"), in the name of KCP Wines and Liquors Corp.

   b. All funds held in account # XXXXXX5994 at RBS Citizens Bank, NA, Mount Vernon, New York, in the name of KCP Wines and Liquors Corp.

4. The Government named KCP Wines and Liquors' property as defendants in the Complaint and that property remains seized pending the resolution of forfeiture proceedings. Jin Soon Kwon is a shareholder and the President of KCP Wines and Liquors Corp., which does business as Colonial Liquors. Jin Soon Kwon is duly authorized by both Hudson Valley Bank NA and RBS Citizens Bank NA to make transactions in the respective accounts. Ms. Kwon claims ownership of the currency deposited in the above-listed accounts and therefore asserts her right to defend this forfeiture action.

5. Claimant hereby asserts a claim against the defendant property in its entirety, based on the grounds aforesaid.

6. Claimant timely files this claim pursuant to the Government's Rule G (4)(b) (i) Notice, dated July 6, 2011.

## VERIFICATION

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 18, 2011.

KCP WINES & LIQUOR CORP
AND JIN SOON KWON

By: _____
Jin Soon Kwon
Individually and as President
of KCP Wines & Liquor Corp.

PATRICK R SMITH
NOTARY PUBLIC, State of New York
No. 01SM6093747
Qualified in Westchester County
Commission Expires June 09, 2015

## CERTIFICATION OF SERVICE

I hereby certify that on July _____, 2011, a copy of the Verified Claim of Jin Soon Kwon was served via certified mail upon:

> Loretta E. Lynch
> United States Attorney - Eastern District of New York
>
> Attention: Special Assistant United States Attorney
> Brian D. Morris
> United States Attorney's Office
> Eastern District of New York
> 271 Cadman Plaza East 7th Floor
> Brooklyn, New York 11201

*Elizabeth Freiday*
Elizabeth Freiday